IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSPORTATION SOLUTIONS INTERNATIONAL, INC., | ) ) ) | Civil Action No. 06 - 1694 |
| Plaintiff, | ) ) | Judge Gary L. Lancaster / Magistrate Judge Lisa Pupo Lenihan |
| v. | ) ) | |
| SKY FINANCIAL GROUP, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

The Court has been advised by counsel that the above-captioned action has been settled. The only matters remaining to be completed are the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time.

Therefore, this _17th_ day of February, 2009, **IT IS HEREBY ORDERED** that the Clerk mark the above-captioned case closed. Nothing contained in this order shall be considered a dismissal or disposition of this action. Should further proceedings become necessary or desirable, either party may file a motion to re-open, and the case would proceed as if this order had not been entered.

Gary L. Lancaster
United States District Judge

cc: Counsel of record.