IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSPORTATION SOLUTIONS INTERNATIONAL, INC., | CIVIL DIVISION |
| Plaintiff, | Civil Action No.: 2:06-CV-1694 |
| vs. | JUDGE LANCASTER/ MAGISTRATE JUDGE LENIHAN |
| SKY FINANCIAL GROUP, INC., | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

AND NOW, come Plaintiff, Transportation Solutions International, Inc., by its counsel, and Defendant, Sky Financial Group, Inc., by its counsel, and stipulate to the voluntary dismissal with prejudice of this civil action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

By: _____
Edwin William Russell, Esquire
Counsel for Plaintiff
Transportation Solutions International, Inc.

Date: 2/27/09

By: _____
Adam M. Barnes, Esquire
Counsel for Defendant
Sky Financial Group, Inc.

Date: 2/13/09

SO ORDERED this 19th day of March, 2009.

_____
Gary L. Lancaster, U.S. District Judge

4122893